# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WILLIAM DICKS, | : No. 53 EAP 2014 |
| | : |
| Appellant | : Appeal from the Order of Commonwealth |
| | : Court entered on July 31, 2014 at No. 317 |
| | : M.D. 2014 |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Appellee | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 27th day of April, 2015, the Order of the Commonwealth Court is **AFFIRMED**.